IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01904-MSK-BNB

WILMA G. VIALPANDO,

    Plaintiff,

v.

MIKE JOHANNS, Secretary, United States Dept. of Agriculture,

    Defendant

---

### ORDER RESETTING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the final pre-trial conference scheduled to commence on February 21, 2007 at 8:00 a.m. is **VACATED** and **RESET to March 22, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 30th day of January, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge