# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01904-MSK-BNB

WILMA G. VIALPANDO

      Plaintiff,

   v.

MIKE JOHANNS,
Secretary,
United States Dept. of Agriculture

      Defendant

---

## ORDER GRANTING UNOPPOSED MOTION
## TO ALTER, AMEND OR CORRECT
## THE AMENDED JUDGMENT

---

     Having considered the Unopposed Motion to Alter, Amend Or Correct the

Amended Judgment (Motion) (**#78**), the Motion is **GRANTED**.

     The Amended Judgment entered on February 13, 2008 is deemed amended to

reflect the award of costs to Plaintiff Wilma G. Vialpando in the total amount of

$1,214.27.

     DATED this 28th day of February, 2008.

                    **BY THE COURT:**

                    _____

                    Marcia S. Krieger
                    United States District Judge